ACCEPTED
04-14-00473-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/19/2015 11:40:45 AM
KEITH HOTTLE
CLERK

## NO. 04-14-00473-CV

| | |
|---|---|
| **IN THE**<br>**FOURTH COURT OF APPEALS**<br>**AT SAN ANTONIO, TEXAS** | FILED IN<br>4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS<br>08/19/2015 11:40:45 AM<br>KEITH E. HOTTLE<br>Clerk |

**ARC PARKLANE, INC., D/B/A PARKLANE WEST HEALTHCARE CENTER,**

**Appellant**

**v.**

**BELEN BETTS, INDIVIDUALLY, AND AS EXECUTRIX OF THE ESTATE OF DELBERT BETTS, DECEASED, AND SHIRLE BETTS AND DANA GIBSON, INDIVIDUALLY,**

**Appellees**

## UNOPPOSED MOTION TO ABATE INTERLOCUTORY APPEAL FOR MEDIATION

R. Barry Brin
State Bar No. 00792371
bbrin@brinandbrin.com
Lorien Whyte
State Bar No. 24042440
lwhyte@brinandbrin.com
Brin & Brin, P.C.
6223 IH 10 West
San Antonio, Texas 78201
(210) 341-9711 telephone
(210) 341-1854 facsimile

**ATTORNEYS FOR APPELLANT ARC PARKLANE, INC., D/B/A PARKLANE WEST HEALTHCARE CENTER**

1

**TO THE HONORABLE FOURTH COURT OF APPEALS:**

Appellant Arc Parklane, Inc. D/B/A Parklane West Healthcare Center files this Unopposed Motion to Abate Interlocutory Appeal for Mediation and respectfully shows the following:

**INTRODUCTION**

The present interlocutory appeal was filed by Arc Parklane, Inc. D/B/A Parklane West Healthcare Center ("appellant"). Appellees are Belen Betts, Individually, and as Executrix of the Estate of Delbert Betts, Deceased, and Shirle Betts and Dana Gibson, Individually. This suit is before this Court on appeal from the following trial court order:

> Order: Defendant's Motions to Compel Arbitration (signed by the trial court on June 13, 2014 in Cause Number 2013-CI-17605).

This interlocutory appeal was filed pursuant to Section 51.016 of the Civil Practice and Remedies Code. *See* Tex. Civ. Prac. & Rem. Code § 51.016 (authorizing an interlocutory appeal from an order denying a motion to compel arbitration under the Federal Arbitration Act). Also pending before this Court is related Cause Number 04-14-00472-CV.

On July 1, 2015, this Court reinstated the present interlocutory appeal following an abatement pending the outcome of three proceedings before the Texas Supreme Court. *Williamsburg Care Co. L.P. v. Acosta*, No. 13-0576, 2015 WL 1029779 (Tex. Mar. 6, 2015) (per curiam); *Fredericksburg Care Co. L.P. v.*

1

*Lira*, No. 13-0577, 2015 WL 1026224 (Tex. Mar. 6, 2015) (per curiam); *Fredericksburg Care Co. L.P. v. Perez*, 13-0573, 2015 WL 1035343 (Tex. Mar. 6, 2015).

Appellant's brief is currently due to be filed on Thursday, August 20, 2015. The parties have been diligently working to set a mediation date and have agreed to mediate the underlying dispute on September 24, 2015 along with the underlying dispute in Cause Number 04-14-00472-CV. Accordingly, appellant asks this Court to abate the interlocutory appeal until October 8, 2015 to allow the parties time to mediate the dispute and subsequently file either a motion to dismiss the interlocutory appeal if the parties reach an agreement or a status update to the Court. This request is unopposed.

## PRAYER

Accordingly, Arc Parklane, Inc. D/B/A Parklane West Healthcare Center asks this Court to grant the Motion to Abate the Interlocutory Appeal for Mediation and abate the present appeal until October 8, 2015.

Respectfully submitted,

R. Barry Brin
State Bar No. 00792371
bbrin@brinandbrin.com
Lorien Whyte
State Bar No. 24042440
lwhyte@brinandbrin.com
Brin & Brin, P.C.
6223 IH 10 West
San Antonio, Texas 78201
(210) 341-9711 telephone
(210) 341-1854 facsimile


BY:   /s/ Lorien Whyte
      Lorien Whyte

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Gavin McInnis and he responded that he is unopposed to this *Motion to Abate Interlocutory Appeal for Mediation.*


/s/ Lorien Whyte


## CERTIFICATE OF SERVICE

This is to certify that on the 19th day of August 2015 a copy of the *Unopposed Motion to Abate Interlocutory Appeal for Mediation* was served pursuant to the Texas Rule of Appellate Procedure 9.5 upon the following counsel:


Marynell Maloney
Gavin McInnis
Marynell Maloney Law Firm,
P.L.L.C.
115 East Travis Street, Suite 1800
San Antonio, Texas 78205
(210) 212-8000 Phone
(210) 212-8385 Fax


/s/ Lorien Whyte